IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00316-BNB

MIGUEL ANGEL FACUNDO-GUZMAN,

    Plaintiff,

v.

FLORIDA COLEMAN, Special Housing Unit,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Miguel Angel Facundo-Guzman initiated this action by submitting to the Court a *pro se* Prisoner Complaint. On February 14, 2008, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Facundo-Guzman to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Facundo-Guzman to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to name the same defendants in both the caption and the text of the Prisoner Complaint. Mr. Facundo-Guzman was warned that the Complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The February 14, 2008, Order was returned to the Court by the prison facility on March 4, 2008, because the envelope containing the Order was undeliverable as addressed. The address included an incorrect Register Number for Plaintiff. On March 10, 2008, Magistrate Judge Boland entered a Minute Order directing the Clerk of the Court to resend the February 14, 2008, Order to Plaintiff with the correct Register

Number. Plaintiff was given an additional thirty days to comply with the February 14, 2008, Order.

Mr. Facundo-Guzman now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Therefore, the Complaint and the action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00316-BNB

Miguel Angel Facundo-Guzman
Reg. No. 07603-010
USP - Coleman
PO Box 1034
Coleman, FL 33521

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk